UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YEDI VARGAS ROJAS,<br><br>            Plaintiff,<br>  v.<br><br>MERRICK GARLAND, Attorney General, Department of Justice, in his official capacity, et al.,<br><br>            Defendants. | CASE NO. 2:23-cv-01380-TL-BAT<br><br>ORDER |

It is ORDERED that Plaintiff Yedi Vargas Rojas SHALL NOT BE REMOVED from the United States of America before this Court issues an order on Plaintiff's renewed motion for a temporary restraining order ("TRO"), which shall be filed in accordance with this Order.

On September 6, 2023, the United States District Court for the Eastern District of Pennsylvania denied Plaintiff's motion for TRO (*see* Dkt. No. 3) on venue grounds and transferred the matter to this District. *See* Dkt. No. 17. To facilitate adjudication of the motion on its merits, the Court further ORDERS:

ORDER - 1

(1) Counsel SHALL complete the procedure for admission into this District in compliance with LCR 83.1 **within two (2) days** of this Order.

(2) Plaintiff SHALL file a renewed motion for TRO **by Monday, September 11, 2023**.

(3) Defendants SHALL file their response (including any update about the status of this matter and the Government's plans for Plaintiff's removal) **by Wednesday, September 13, 2023**. No reply is permitted.

Dated this 6th day of September 2023.

Tana Lin
United States District Judge

ORDER - 2